IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO REYES | : |
| Plaintiff | : |
| vs. | : CIVIL ACTION NO. 10-3102 |
| MARK DILUZIO | : |
| Defendant | : |

## ORDER

**AND NOW**, this 21st day of September, 2011, upon consideration of the Motion for Summary Judgment Pursuant to Fed. R.C.P. 56 of Defendant Lieutenant Mark DiLuzio (Dkt. No. 26) filed June 1, 2011; Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 27) filed June 20, 2011; and Defendant's Response to Plaintiff's Opposition to Defendant's Motion for Summary Judgment (Dkt. No. 30) filed July 7, 2011; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that defendant's motion for summary judgment (Dkt. No. 26) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN,
United States Magistrate Judge